UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FIVE STAR LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                      Case No. 3:15-cv-483-J-32JRK

DAPHNE S. SIMPSON and JOSE S.
LANTIGUA,

    Defendants.

## O R D E R

This case is before the Court on Plaintiff Five Star Life Insurance Company's Motion for Entry of Default Judgment (against Defendant Daphne S. Simpson) (Doc. 11), and Five Star's Motion for Entry of Default Judgment (against Defendant Jose S. Lantigua) (Doc. 16). On November 25, 2015, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 19) recommending that the motions be granted, that default judgment be entered in Five Star's favor, and that the Clerk close the case.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 19), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 19) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Five Star Life Insurance Company's Motion for Entry of Default Judgment (against Defendant Daphne S. Simpson) (Doc. 11) is **GRANTED**.

3. Plaintiff Five Star Life Insurance Company's Motion for Entry of Default Judgment (against Defendant Jose S. Lantigua) (Doc. 16) is **GRANTED.**

4. The Clerk shall enter final default judgment in favor of Plaintiff Five Star Life Insurance Company and against Defendants Daphne S. Simpson and Jose S. Lantigua, jointly and severally, in the amount of **$500,764.60**, comprising $500,214.60 in damages and $550 in costs.

5. **DONE AND ORDERED** in Jacksonville, Florida the 30th day of December, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record

Defendant Daphne S. Simpson

Defendant Jose S. Lantigua